IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES C. COOGAN,

    Plaintiff,

v.

CATHY JESS, et al.,

    Defendants.

ORDER

Case No. 18-cv-758-bbc

Plaintiff Charles C. Coogan has submitted a motion for an order directing prison officials to transfer funds in the amount of $400 from plaintiff's release account to plaintiff's regular account. Dkt. 6.

With the exception of initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw and/or transfer money from a release account. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). For this reason, I will deny plaintiff's motion.

ORDER

IT IS ORDERED that plaintiff Charles C. Coogan's motion for an order directing prison officials to transfer funds in the amount of $400 from plaintiff's release account to plaintiff's regular account, dkt. 6, is DENIED.

Entered this 5th day of March, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1