IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES C. COOGAN,

    Plaintiff,

  v.

Case No. 18-cv-758-bbc

KEVIN CARR and CHERYL EPELETT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 11/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |